# IN THE SUPREME COURT OF THE STATE OF NEVADA

GUSTAVO RAMOS,
Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE JENNIFER P.
TOGLIATTI, DISTRICT JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 74301

FILED

DEC 0 1 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY. S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION*

This original petition seeks a writ of prohibition or mandamus directing the district court to preclude the State's expert from administering certain tests in the course of determining whether petitioner is intellectually disabled. Having reviewed the petition, we are not convinced that petitioner has met his burden of demonstrating that our intervention is warranted at this time. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *see also Round Hill Gen. Imp. Dist. v. Newman*, 97 Nev. 601, 637 P.2d 534 (1981). We therefore

ORDER the petition DENIED.[1]

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

[1]We deny petitioner's motion for a stay of the district court proceedings as moot.

17-41358

cc: Hon. Jennifer P. Togliatti, District Judge
Nobles & Yanez Law Firm
The Law Offices of Ivette Amelburu Maningo
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk